UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA LINQUANTI-SUE,<br><br>                      Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON and COSTAR REALTY INFORMATION, INC. BENEFIT PLAN,<br><br>                      Defendants. | Case No.:  22-CV-681-RSH-DEB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On July 12, 2022, Plaintiff filed a Notice Of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 9. No Defendants have served an answer.  In light of Plaintiff's notice, IT IS HEREBY ORDERED that this action be dismissed without prejudice, with each party to bear its own costs and attorneys' fees. The Clerk of the Court is directed to close the case.

    **IT IS SO ORDERED**.

Dated:  July 12, 2022

                                                      *Robert S. Huie*
                                           _____
                                           Hon. Robert S. Huie
                                           United States District Judge